# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**PHILLIP A. WILLIAMS,**

    **Plaintiff,**

**v.**                                                              Case No. 4:20-cv-390-AW-MAF

**U.S. DEP'T OF JUSTICE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's October 23, 2020 Report and Recommendation, ECF No. 8, to which no objections have been filed, I now conclude that the case should be dismissed. The Report and Recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on November 24, 2020.

                                                  s/ *Allen Winsor*
                                                  United States District Judge